## VERONA HOUSING, INC. *v.* ST. MARY'S COUNTY METROPOLITAN COMMISSION

[No. 40, September Term, 1980.]

*Decided November 12, 1980.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

*Salvatore E. Anello, III* and *Arnold R. Silbiger* for appellant.

*Neil J. Dilloff,* with whom was *Charles W. Mander* on the brief, for appellee.

### ORDER

The petition for writ of certiorari having been granted and heard, it is this 12th day of November, 1980

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted. Mandate shall issue forthwith.